# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>       Plaintiff,<br><br>   v.<br><br>TERRANCE MCNICHOLS,<br><br>       Defendant. | Case No. 2:22-cr-00067-GMN-VCF<br><br>**ORDER** |

IT IS THEREFORE ORDERED that the initial appearance currently scheduled for April 22, 2022 at 2:30 p.m., be vacated and continued to June 27, 2022 at the hour of 2:30 p.m. in LV Courtroom 3D before Magistrate Judge Cam Ferenbach.

DATED this 12th day of April 2022.

_____
UNITED STATES MAGISTRATE JUDGE

3