# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

-oOo-

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>TERRANCE C. McNICHOLS,<br><br>　　　　　Defendant. | Case No. 2:22-cr-067-GMN-VCF<br><br>ORDER FOR DISMISSAL |

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, and by leave of Court endorsed hereon, the United States for the District of Nevada hereby dismisses the Criminal Information filed on April 5, 2022 against defendant Terrance C. McNichols.

DATED this  5th  day of January, 2023.

JASON M FRIERSON
United States Attorney

/s/ Mina Chang

MINA CHANG
Assistant United States Attorney

Leave of Court is granted for the filing of the foregoing dismissal.

DATED this  9  day of January, 2023.

_____
UNITED STATES ███████ JUDGE